No. 85–6830.  MCCREARY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 85–6849.  SMITH v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 85–6852.  SHEWARD v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 85–6879.  GOLDSMITH v. JOHNSON, WARDEN, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 85–6913.  DANIEL v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 85–6923.  MORSE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–6924.  LARSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–6927.  GARCIA v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–6931.  TERROVONA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–2023.  INDEPENDENT BANKERS ASSOCIATION OF NEW YORK STATE, INC., ET AL. v. MARINE MIDLAND BANK, N. A., ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 85–1479.  STONE & WEBSTER ENGINEERING CORP. v. LINDLEY ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 85–1316.  PULASKI COUNTY SPECIAL SCHOOL DISTRICT No. 1 ET AL. v. LITTLE ROCK SCHOOL DISTRICT ET AL.; and
No. 85–1547.  ARKANSAS STATE BOARD OF EDUCATION ET AL. v. LITTLE ROCK SCHOOL DISTRICT ET AL.  C. A. 8th Cir.  Certiorari denied.  JUSTICE POWELL would grant certiorari.